RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

OCT 2 6 2015

UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CIMON LOVESS, | ) | |
| | ) | |
| Plaintiff | ) | CASE NO:1:15-cv-01487-CCB |
| | ) | CASE NO:1-15-cv-1573 |
| v. | ) | |
| | ) | |
| DISCOVER FINACIAL SERVICES et al., | ) | |
| | ) | |
| Defendants | ) | JUDGE CATHERINE C. BLAKE |
| | ) | |

**STIPULATION OF DISMISSAL OF DEFENDANT CREDIT ONE FINANCIAL**

Pursuant to Federal Rules of Civil Procedure 41(a), Plaintiff Cimon Lovess and Defendant Credit One Financial, through the undersigned counsel, agree and stipulate that Plaintiff's claims against Credit One Financial in the above captioned case are voluntarily **DISMISSED** with **PREJUDICE** as to Defendant Credit One Financial.

_____
Cimon J. Lovess
5546 Channing Road
Baltimore, MD 21229
Telephone: (443) 248-2609
cimonlovess@ymail.com
pro se Plaintiff

_____
Jeffrey T. McGuire, Esq
Attorney ID# 73617
CIPRIANI & WERNER, P.C.
1011 Mumma Road, Suite 201
Lemoyne, PA 17043
(717) 975-9600
(717) 975-3846 (fax)
jmcguire@c-wlaw.com

*Approved. Both Cases Closed.*
*CCB USDJ*
*10-26-15*